No. 07-16-00189-CR

| | | |
|---|---|---|
| John Michael Weatherly<br>  Appellant | § | From the 181st District Court<br>  of Randall County |
| | § | |
| v. | | March 31, 2017 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 31, 2017, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o